IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CALEB DOYLE**                                                                                      **PLAINTIFF**

v.                                   **CASE NO. 4:22-CV-01124 JM**

**DOE**                                                                                                **DEFENDANT**

## ORDER

Caleb Doyle's Complaint (Doc. 1) is dismissed without prejudice because he failed to pay the filing fee or submit a complete motion to proceed *in forma pauperis*. (Doc. 2); LOCAL RULE 5.5(c)(2).

IT IS SO ORDERED this 30th day of December, 2022.

_____
UNITED STATES DISTRICT JUDGE